No. 80–6270. LAFFITTE v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 80–6311. COLANDER v. SHIELDS. C. A. 4th Cir. Certiorari denied.

No. 80–6336. RIOS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–6378. OBREGON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 80–6379. BUSIC v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–6389. COLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6403. SAUNDERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6408. SNYDER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–6464. THOMAS v. HILL ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–6469. FORD ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–6471. LOWE v. PARKER ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–6511. LEVARIO v. STATE BAR OF CALIFORNIA, COMMITTEE OF BAR EXAMINERS. Sup. Ct. Cal. Certiorari denied.

No. 80–6512. KINNEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–6513. NEUMANN v. NEW YORK. Ct. App. N. Y. Certiorari denied.